UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:12-CR-105-RLM |
| | ) | |
| CYNTHIA ANN DELEON | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 18, 2012. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 11), ACCEPTS defendant Cynthia Ann DeLeon's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 1001.

SO ORDERED.

ENTERED: November 6, 2012

/s/ Robert L. Miller, Jr.
Judge
United States District Court